Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES )
                                                  ) Case No: 3-15-70370 MEJ
                    Plaintiff(s), )
                                                  ) **APPLICATION FOR**
     v.                                    ) **ADMISSION OF ATTORNEY**
                                                  ) **PRO HAC VICE**
SHAUN W. BRIDGES                ) (CIVIL LOCAL RULE 11-3)
                                                  )
                    Defendant(s). )

I, Steven Hale Levin /s/, an active member in good standing of the bar of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Shaun W. Bridges in the above-entitled action. My local co-counsel in this case is Craig S. Denney (CA Bar #244692), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. Charles Street, Suite 2000<br>Baltimore MD 21201 | 50 West Liberty Street, Suite 510<br>Reno, NV 89501 |
| MY TELEPHONE # OF RECORD:<br>(410) 685-0078 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(775) 785-5440 |
| MY EMAIL ADDRESS OF RECORD:<br>slevin@levincurlett.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cdenney@swlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A in MD.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/30/15                                    Steven Hale Levin /s/
                                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven Hale Levin /s/ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 31, 2015

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the tenth day of July, 2008,

### Steven Hale Levin

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixteenth day of January, 2014.*

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland