1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kathryn.haun@usdoj.gov
        William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Acting Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
        1400 New York Avenue, N.W.
13      Washington, D.C. 20005
        Telephone: (202) 353-7760
14      Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19

20 UNITED STATES OF AMERICA,          )   UNSEALING APPLICATION AND
                                       )   [PROPOSED] UNSEALING ORDER
21       v.                            )
                                       )   3-15-70370
22 CARL M. FORCE IV and                )
   SHAUN W. BRIDGES,                   )
23                                     )
            Defendants.                )
24                                     )
                                       )
25 _____    )

26

27       The United States hereby applies for an order directing that the previously sealed

28 paragraph of the affidavit in the above-titled matter, together with the application and this

   SEALING APPLICATION AND SEALING ORDER

FILED

MAR 3 1 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

court's sealing order sealing that paragraph, be hereby unsealed.  The prosecutors in the Southern District of New York moved to unseal, and Judge Katherine B. Forrest has now unsealed, the previously sealed materials in *United States v. Ulbricht* relating to the investigation in the above-captioned case.  Accordingly, I hereby request the sealed paragraph that was part of Special Agent Gambaryan's affidavit be unsealed.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: March 30, 2015                         Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney


                                              KATHRYN HAUN
                                              Assistant United States Attorney

### ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The previously sealed paragraph of the affidavit in the above-titled matter, together with the application, and this Court's sealing order, are hereby ordered UNSEALED and may now be publicly filed.  The Clerk of Court is hereby directed to public file those documents.

IT IS SO ORDERED.


DATED: March 31, 2015


                                              HONORABLE MARIA ELENA JAMES
                                              UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND SEALING ORDER

1

## PARAGRAPH PROVIDED TO COURT UNDER SEAL

2    I am aware that the federal prosecutors who are prosecuting this case made substantive

3 disclosures to the prosecutors in both the Southern District of New York and the District of Maryland

4 very early on in the government's investigation against FORCE.   Those disclosures continued

5 throughout this investigation.

6    In advance of trial in <u>United States v. Ulbricht</u>, the Southern District of New York prosecutors

7 took the information concerning the FORCE investigation and disclosed it in a detailed letter filing to

8 the federal judge presiding over that trial, Judge Katherine B. Forrest.   Those prosecutors requested

9 permission to provide that disclosure to Ulbricht and his defense team under seal and pursuant to a

10 Protective Order.   Judge Forrest ordered that disclosure made to Ulbricht and his defense team, and the

11 disclosure was made in December 2014.   Because of the sensitive nature of the investigation, the fact

12 that investigation was still ongoing (and subject to the strictures of Fed. R. Crim. P. 6(e)), and the fact

13 that FORCE had not worked on the New York Silk Road investigation, Judge Forrest ordered that the

14 fact of the FORCE investigation information remain under seal until further order of the Court.

15    My understanding from the prosecutors in this Northern District of California case against

16 FORCE and BRIDGES is that, as soon as FORCE and BRIDGES are apprehended and/or surrender and

17 the Complaint is therefore unsealed, the prosecutors in the Southern District of New York will make an

18 application to Judge Forrest to unseal the previously-sealed disclosures that were made to Ulbricht and

19 his defense team.

20    However, because those matters are sealed and the instant Complaint will become automatically

21 unsealed upon the apprehension and/or surrender of FORCE and BRIDGES, I seek a separate Protective

22 Order with respect to this Paragraph that is intended for Page 11 of the Affidavit.   I request that this

23 Paragraph remain sealed until further order of this Court.   The government will submit an unsealing

24 request for this Paragraph immediately upon learning that Judge Forrest has unsealed the underlying

25 documents and materials in the Ulbricht matter.   A Proposed Order is attached.

26

27

28

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kathryn.haun@usdoj.gov
       William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Acting Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
       1400 New York Avenue, N.W.
13     Washington, D.C. 20005
       Telephone: (202) 353-7760
14     Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                     SAN FRANCISCO DIVISION
19
                        3 - 15 - 70370
20 UNITED STATES OF AMERICA,        )  SEALING APPLICATION AND [PROPOSED]
                                    )  SEALING ORDER
21     v.                           )
                                    )  FILED UNDER SEAL
22 CARL M. FORCE IV and             )
   SHAUN W. BRIDGES,                )
23                                  )
       Defendants.                  )
24                                  )
                                    )
25 ─────────────────────────────────)

26
27     The United States hereby applies for an order directing that the sealed paragraph of the

28 affidavit in the above-titled matter, together with the application and this court's sealing order,

   SEALING APPLICATION AND SEALING ORDER

FILED

MAR 25 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

MEJ

1    be kept under seal until further order of the Court.  The United States requests that the above-

2    described materials be sealed to preserve the confidentiality of the matters under seal in *United*

3    *States v. Ulbricht.*

4

5

6        WHEREFORE, I respectfully request that the Court issue an order granting this
7    application.

8    DATED: March 25, 2015                    Respectfully submitted,

9                                             MELINDA HAAG
                                             United States Attorney
10

11

12                                           WILLIAM FRENTZEN
                                             Assistant United States Attorney

13

14

15                        **ORDER**

16   For good cause shown, IT IS HEREBY ORDERED THAT:

17       The sealed paragraph of the affidavit in the above-titled matter, together with the
18
19   application, and this Court's sealing order, be kept under seal until further order of the Court.

20       IT IS SO ORDERED.

21

22

23   DATED: March ___, 2015

                                             HONORABLE MARIA ELENA JAMES
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

SEALING APPLICATION AND SEALING ORDER