MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 514-1412
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-15-mj-70370-MAG |
|    v. | ) | |
| | ) | |
| CARL M. FORCE IV and | ) | **NOTICE OF APPEARANCE FOR THE UNITED STATES** |
| SHAUN W. BRIDGES, | ) | |
| | ) | |
|    Defendants. | ) | |
| _____ | ) | |

1   The United States hereby files this Notice of Appearance to advise the Court that Trial Attorney,

2   Richard B. Evans appears for the United States in this case.  Future ECF notices should be sent to Trial

3   Attorney, Richard B. Evans at the email address of Richard.B.Evans@usdoj.gov.

4

5   Date: April 17, 2015                                    Respectfully submitted,

6
                                                            RAYMOND N. HULSER
7                                                           Acting Chief, Public Integrity Section

8

9                                                           _____/s/_____
                                                            RICHARD B. EVANS
10                                                          Trial Attorney
                                                            U.S. Department of Justice
11                                                          Criminal Division
                                                            Public Integrity Section
12                                                          1400 New York Ave.  NW
                                                            Washington, DC 20005
13                                                          (202) 514-1412
                                                            richard.b.evans@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-15-70370-MAG