MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 15 CR 319 RS |
| | ) |
| v. | ) SIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING |
| | ) |
| SHAUN W. BRIDGES, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by government counsel, and the defendant, by and through his counsel, Steven Levin, Esq. hereby notify the Court that the parties have reached a Plea Agreement to the charges contained in the Criminal Information filed June 16, 2015, in the captioned case, to wit:

STIPULATION AND [PROPOSED] ORDER

money laundering, with a predicate specified unlawful activity of wire fraud, and obstruction of justice. The parties hereby stipulate and request that the Court schedule a change of plea hearing for the defendant to enter his guilty pleas on the afternoon of August 31, 2015, depending on the Court's availability. Government counsel understands that the Court may be able accommodate a special setting given the number of parties traveling from the East Coast. In the event the August 31, 2015 date is unavailable, the parties jointly request September 1, 2015 as an alternative.

The government will lodge a copy of the fully executed Plea Agreement with the Court directly to chambers later today for the Court's review.

Further, the parties request the Court order that the arraignment on the Criminal Information that was filed June 16, 2015, be calendared before the Duty Magistrate on August 31, 2015 at a time just prior to the time for the change of plea hearing. This date and time is requested given the unavailability of defense counsel who is coming from out of town, given that the defendant was already arraigned on the underlying complaint in this matter (for which time has been excluded under the Speedy Trial Act), and given that the parties have reached a Plea Agreement.

SO STIPULATED:

Dated: June 17, 2015                          _____/s/_____
                                              KATHRYN HAUN
                                              WILLIAM FRENTZEN
                                              Assistant United States Attorneys

                                              RICHARD EVANS
                                              Trial Attorney, Public Integrity Section

Dated: June 17, 2015                          _____/s/_____
                                              STEVEN LEVIN, ESQ.
                                              Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER

**PROPOSED ORDER**

IT IS HEREBY ORDERED that:

(1) The defendant will be arraigned on the charges in the Criminal Information in the captioned case before the Duty Magistrate on August 31, 2015 [_____] at ___ p.m.;

(2) The defendant will appear before this District Court on August 31, 2015 [_____] at ___ p.m. for a change of plea hearing; and

(3) The government shall lodge a copy of the fully executed Plea Agreement with the Court by proving it directly to chambers.

DATED: _____                    _____
                                              HONORABLE RICHARD SEEBORG
                                              United States District Judge

STIPULATION AND [PROPOSED] ORDER

3