1    MELINDA HAAG (CABN 132612)
     United States Attorney

2

3    DAVID R. CALLAWAY (CABN 121782)
     Chief, Criminal Division

4    KATHRYN HAUN (DCBN 484131)
     WILLIAM FRENTZEN (LABN 24421)

5    Assistant United States Attorneys

6          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495

7          Telephone: (415) 436-7200
           FAX: (415) 436-7234

8          Kathryn.haun@usdoj.gov
           William.frentzen@usdoj.gov

9

10   RAYMOND N. HULSER (MABN 551350)
     Chief, Public Integrity Section

11   RICHARD B. EVANS (DCBN 441494)
     Trial Attorney

12

13         1400 New York Avenue, N.W.
           Washington, D.C. 20005
           Telephone: (202) 353-7760

14         Richard.B.Evans@usdoj.gov

15   Attorneys for United States of America

16

17                           UNITED STATES DISTRICT COURT

                           NORTHERN DISTRICT OF CALIFORNIA
18
                              SAN FRANCISCO DIVISION
19

20                                         )  No. 15 CR 319 RS
     UNITED STATES OF AMERICA              )
21                                         )  STIPULATION AND [PROPOSED] ORDER TO
                 v.                        )  SET CHANGE OF PLEA HEARING
22                                         )
     CARL M. FORCE IV,                     )
23                                         )
     a/k/a "French Maid"                   )
24                                         )
                 Defendant.
25

26        The United States of America, by government counsel, and the defendant, by and through his

27   counsel, Ivan Bates, Esq. hereby notify the Court that the parties have reached a Plea Agreement to the

28
     STIPULATION AND [PROPOSED] ORDER

1  charges contained in the Criminal Information filed June 22, 2015, in the captioned case, to wit:

2  extortion, money laundering with predicate specified unlawful activities of both wire fraud and theft of

3  government property, and obstruction of justice.  The parties hereby stipulate and request that the Court

4  schedule a change of plea hearing for the defendant to enter his guilty pleas at 2:00 p.m. the afternoon of

5  July 1, 2015.  Government counsel understands from the Courtroom Deputy that the Court may be able

6  accommodate this special setting given the number of parties traveling from the East Coast.

7      The government will lodge a copy of the fully executed Plea Agreement with the Court directly

8  to chambers later today for the Court's review.

9      Further, the parties request the Court order that the arraignment on the Criminal Information that

10  was filed June 22, 2015, be calendared before the Duty Magistrate on July 1, 2015 at 9:30 a.m.

11

12  SO STIPULATED:

13  Dated: June 22, 2015                                    _____/s/_____
                                                           KATHRYN HAUN
14                                                         WILLIAM FRENTZEN
                                                           Assistant United States Attorneys
15
                                                           RICHARD EVANS
16                                                         Trial Attorney, Public Integrity Section

17
    Dated: June 22, 2015                                   _____/s/_____
18                                                         IVAN BATES, ESQ.
                                                           Attorney for Defendant
19

20

21

22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER

1

**PROPOSED ORDER**

2      IT IS HEREBY ORDERED that:

3      (1)      The defendant will be arraigned on the charges in the Criminal Information in the

4 captioned case before the Duty Magistrate on July 1, 2015 at 9:30 a.m.;

5      (2)      The defendant will appear before this District Court on July 1, 2015 at 2:00 p.m. for a

6 change of plea hearing; and

7      (3)      The government shall lodge a copy of the fully executed Plea Agreement with the Court

8 by providing it directly to chambers.

9

10 DATED: _____      _____

11      HONORABLE RICHARD SEEBORG
       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

28

STIPULATION AND [PROPOSED] ORDER