AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>__SHAUN W. BRIDGES__<br>*Defendant* | ) ) Case No. __3:15-cr-00319-RS__<br>) )<br>) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __31 Aug 2015__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

__STEVEN H. LEVIN__
*Printed name of defendant's attorney*

_____
*Judge's signature*

__Sallie Kim__
*Judge's printed name and title*

**FILED**
AUG 31 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA