MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    kathryn.haun@usdoj.gov; william.frentzen@usdoj.gov; richard.evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 15 CR 319 RS |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER REGARDING |
| | ) ADDITIONAL CONDITIONS OF RELEASE |
| v. | ) PENDING SENTENCING |
| | ) |
| SHAUN W. BRIDGES, | ) |
| | ) |
| Defendant. | ) |

       The parties appeared on August 31, 2015, for a change of plea hearing at which time the defendant, Shaun W. Bridges, entered a guilty plea to felony money laundering and obstruction of justice. Following the entry of that plea, the government moved to remand the defendant into custody under 18 U.S.C. § 3143(a), and proffered that it had learned today that Bridges had petitioned to change his identity – both name and social security number – and had attempted to shield that petition from the public record. The Court found that additional conditions of supervision pending the December 7, 2015

sentencing date were appropriate. Accordingly, it is so ORDERED that the following conditions are imposed.

(1) Effective immediately, the defendant shall not attempt to change any aspect of his identity, including but not limited to name, social security number, or other identifiers; and

(2) The assigned Pretrial Services Officer in the Northern District of California shall coordinate with the Pretrial Services Officer in the District of Maryland to impose electronic monitoring of the defendant as soon as practicable; and

(3) The defendant shall be subject to a curfew between 10 p.m. to 6 a.m. daily, during which time he may not leave his residence of record (the residence currently on file with the Pretrial Services Office); and

(4) The defendant shall not access "deep web" or "dark net" services, sites, or content on the Internet. Deep web and dark net content as used here refers to the part of the Internet that is inaccessible to conventional search engines and many users. This content includes but is not limited to information in private databases that are accessible over the Internet but not intended to be accessed by ordinary search engines. The defendant shall likewise not use any service that seeks to block or otherwise mask the user's true ISP address and/or identity. Nor shall the defendant direct or otherwise request any third party to access the foregoing services or content on his behalf or for his benefit.

All prior conditions of the defendant's Pretrial Release shall remain in effect.

IT IS SO ORDERED.

Dated:

HON. RICHARD SEEBORG
U.S. District Judge