1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

15

16

17

18

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAUN W. BRIDGES,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. CR 15-0319 RS**<br><br>**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |

19

Having considered the application for a preliminary order of forfeiture filed by the United States

20

and the plea agreement entered on August 31, 2015, wherein the defendant admitted to the forfeiture

21

allegation, and good cause appearing,

22

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

23

    a.  $165,529.88 from defendants Fidelity Brokerage Account, held in the name of Quantum Investments;

24

25

    b.  $306,000 held in trust by defendants attorney of record; and

26

    c.  $4,745.92 from defendants PNC Bank Account, jointly held in the name of Shawn Bridges and a person known to the parties,

27

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section

28

982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0319 RS            1

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that a money judgment in the amount of $651,000.00 shall be entered against defendant as the amount of net proceeds obtained, directly or indirectly as a result of violation of Title 18, United States Code, Section 1343; Title 18, United States Code, Section 1957, and Title 18, United States Code, Section 1512(c)(2);

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this _____ day of _____ 2015.


_____
RICHARD SEEBORG
United States District Judge