

Print                                                                                    Close

# Re: Case opened: Case ID PP-004-211-322-556

From: ugly dinulot
Sent: Mon 9/28/15 12:35 PM
To: service@paypal.com (service@paypal.com)

I do not recognize this charge. I contacted you on Friday or Saturday to advise you I do not recognize this charge and do not know how to proceed.

Sent from my mobile device.

On Sep 28, 2015, at 12:32 PM, "service@paypal.com" <service@paypal.com> wrote:



Dear Shoun Tucker,

We are writing to let you know one of your buyers opened a case stating unauthorized use. The buyer stated that they did not authorize this transaction.

Here are the case details:

- Buyer's name: Linda Carroll
- Buyer's email:
- Buyer transaction ID:
- Your transaction ID:
- Transaction date: September 25, 2015
- Transaction amount: $1,750 USD
- Disputed amount: $1,750 USD

If you have any additional information to help us resolve this issue, please log in to your PayPal account and go to the Resolution Center to reply to this case within 10 days from the case's creation date.

You can find additional information and tips about how to resolve cases in our



SHAWN W BRIDGES
LAUREL MD 20723-1283

October 01, 2018

Account number:

Shawn W Bridges:

We've received your claim on the account listed above. While we're conducting our research, you won't be liable for the items in question or any related interest charges or fees.

The enclosed Fraud Statement must be completed, signed and returned to us in order to complete our research. The Fraud Statement is a critical part of our review. If we don't receive your completed and signed Fraud Statement, we may be unable to complete our research and may deny your claim.

**What you need to do:**
- Complete and sign the enclosed Fraud Statement and return it to us within 10 calendar days from receipt of this letter.
- Fax the completed form to us at 1.862.456.0150, or return it in the enclosed postage-paid envelope to PO Box 672087, El Paso, TX 79906.
- Please do not alter the Fraud Statement. This is needed as documentation for the merchant, the merchant's financial institution or law enforcement.
- If you'd like to provide additional information about your claim, please include the data on a separate sheet of paper.
- Please continue to watch your account for any credit changes that post to your account.

**What you should know:**
- You'll see a detailed transaction of any fraudulent activity on your monthly billing statement.

Online Banking

Accounts | Bill Pay | Transfers | ...

### Account ending - 0416

**Current status:** Researching claim

Claim ID: 0416   Initiation date: ...

### Information requested

Message date:  10/...
Subject:  We need...

Please refer to the most recent...
on the letter. Please print the...
document(s) using the options...

**To submit documents online:**

Step 1: Using the Browse button,...
documents are open on...

Step 2: When you've finished...

Note:
1. You can...
for that item...
2. Please...