

**MARYLAND
STATE RETIREMENT
and PENSION SYSTEM**

State Retirement Agency
120 East Baltimore Street
Baltimore, MD 21202
Tel: 410-625-5555
1-800-492-5909
TDD/TTY 410-625-5535
www.maryland.gov

R. Dean Kenderdine
Executive Director
Secretary To The Board

Dear Former Member:

Thank you for contacting the Maryland State Retirement Agency to request a refund of your accumulated contributions. The enclosed materials and instructions will assist you in applying for a withdrawal.

While you were working, you made member contributions to the Maryland State Retirement and Pension System through automatic payroll deductions. When you terminated this employment, you became eligible to request a refund of the contributions.

Enclosed with this letter is the following material:

- Application for Withdrawal of Accumulated Contributions (Form 5) – This form must be completed and notarized if you decide to forfeit any benefit you may be entitled and withdraw your accumulated contributions. BE SURE TO READ THE INSTRUCTIONS AND FREQUENTLY ASKED QUESTIONS PRIOR TO COMPLETING.

- Trustee-To-Trustee Distribution Form (Form 193) – This form is needed only if you select Refund Choice No. 2 or No. 3 on the Application for Withdrawal of Accumulated Contributions.

- Special Tax Notice Regarding Your Rollover Options – If you withdraw your accumulated contributions, you have the option of selecting rollovers in order to avoid immediate taxation of this refund. This notice provides you with the rules related to your rollover options.

- Acknowledgement of Receipt of Special Tax Notice Regarding Rollover Options (Form 746) – If you decide to withdraw your accumulated contributions, you must complete and return this Acknowledgement with the Application for Withdrawal of Accumulated Contributions.

It is very important that you understand the consequences of withdrawing your contributions. When you withdraw this money, your individual account with us in the system will be closed. The closing of your account will forfeit all of your accrued retirement service credit and eliminate any right you may have to a retirement benefit, including any disability benefits.

Generally, a refund of accumulated contributions can only be issued to you at least 30 days after your last day of employment and provided that you have at least 30 days...

**MARYLAND STATE RETIREMENT AGENCY**
**120 EAST BALTIMORE STREET**
**BALTIMORE, MARYLAND 21202-6700**

## DESIGNATION OF BENEFICIARY

**IMPORTANT:** Please return completed form to the address listed above. Print clearly and read the instructions first. Fill in all sections. Retain a copy for your records.

APPLICANT'S SOCIAL SECURITY NUMBER          CHECK ONE: ☐ Active   ☒ Vested   ☐

**IMPORTANT:** If you are retired under

APPLICANT'S NAME

Shaun                                 W          Bridges
_First_                               _M.I._     _Last_

HOME ADDRESS

Laurel                                                                    M D    2 0 7 2
_City_

**PRIMARY BENEFICIARY(IES)** All money shall be paid in equal shares to the primary beneficiary(ies) who are living at the time of my death.

BENEFICIARY'S NAME        RELATIONSHIP    Mother         Gender: F

Deborah                                          J
_First_                                          _M.I._   _Last_

BENEFICIARY'S ADDRESS

BENEFICIARY'S NAME        RELATIONSHIP

_First_                                          _M.I._   _Last_

BENEFICIARY'S ADDRESS

**CONTINGENT BENEFICIARY(IES)** If all primary beneficiaries die
be paid in equal shares to the following person(s) who are living at

BENEFICIARY'S NAME        RELATIONSHIP    Sister

Kirstyn
_First_

BENEFICIARY'S ADDRESS

BENEFICIARY'S NAME        RELATIONSHIP

_First_

BENEFICIARY'S ADDRESS

**TO THE MARYLAND STATE RETIREMENT AGE**

Signature

**Please check (✓) for you**

