

**MARYLAND
STATE RETIREMENT
and PENSION SYSTEM**

State Retirement Agency
120 East Baltimore Street
Baltimore, MD 21202
Tel: 410-625-5555
1-800-492-5909
TDD/TTY 410-625-5535
sra.maryland.gov

R. Dean Kenderdine
Executive Director
Secretary To The Board

Dear Former Member:

Thank you for contacting the Maryland State Retirement Agency to request a refund of your accumulated contributions. The enclosed materials and instructions will assist you in applying for a withdrawal.

While you were working, you made member contributions to the Maryland State Retirement and Pension System through automatic payroll deductions. When you terminated this employment, you became eligible to request a refund of the contributions.

Enclosed with this letter is the following material:

* Application for Withdrawal of Accumulated Contributions (Form 5) – This form must be completed and notarized if you decide to forfeit any benefit to which you may be entitled and withdraw your accumulated contributions. BE SURE TO READ THE INSTRUCTIONS AND FREQUENTLY ASKED QUESTIONS PRIOR TO COMPLETING.

* Trustee-To-Trustee Distribution Form (Form 193) – This form is needed only if you select Refund Choice No. 2 or No. 3 on the Application for Withdrawal of Accumulated Contributions.

* Special Tax Notice Regarding Your Rollover Options – If you withdraw your accumulated contributions, you have the option to do one or more rollovers in order to avoid immediate taxation of your funds. This notice provides you with the rules related to your rollover options.

* Acknowledgement of Receipt of Special Tax Notice Regarding Your Rollover Options (Form 746) – If you decide to withdraw your accumulated contributions, you must complete and return this Acknowledgement with the Application for Withdrawal of Accumulated Contributions.

It is very important that you understand the consequences of withdrawing your contributions. When you withdraw these contributions, your membership in the system will be closed. The closure of your membership means that any accrued retirement service credit is forfeited and you will not be eligible for any retirement benefit, including disability retirement.

Generally, a refund of accumulated contributions will not be processed until at least 30 days after ...

EXHIBIT C

**MARYLAND STATE RETIREMENT AGENCY**
**120 EAST BALTIMORE STREET**
**BALTIMORE, MARYLAND 21202-6700**

## DESIGNATION OF BENEFICIARY

**IMPORTANT:** Please return completed form to the address listed above. Print clearly and read the instructions first. Fill in all sections. Retain a copy for your records.

APPLICANT'S SOCIAL SECURITY NUMBER        CHECK ONE: ☐ Active   ☒ Vested   ☐ Retired

APPLICANT'S NAME: Shaun W. Bridges

HOME ADDRESS: [redacted]

City: Laurel                                                                 MD  20723

**PRIMARY BENEFICIARY(IES):** All money shall be paid in equal shares to the primary beneficiary(ies) who are living at the time of my death.

BENEFICIARY'S NAME: Deborah J [redacted]    RELATIONSHIP: Mother    Gender: F

BENEFICIARY'S ADDRESS: [redacted]

BENEFICIARY'S NAME: _____    RELATIONSHIP: _____

BENEFICIARY'S ADDRESS: _____

**CONTINGENT BENEFICIARY(IES):** If all primary beneficiaries die [illegible], will be paid in equal shares to the following person(s) who are living at [illegible].

BENEFICIARY'S NAME: Kirstyn    RELATIONSHIP: Sister

BENEFICIARY'S ADDRESS: [redacted]

BENEFICIARY'S NAME: _____    RELATIONSHIP: _____

BENEFICIARY'S ADDRESS: _____

TO THE MARYLAND STATE RETIREMENT AGENCY: [illegible paragraph]

Signature: [signed]

Please check (✓) for your [illegible list]

