## BALTIMORE POLICE DEPARTMENT SUMMARY INCIDENT REPORT

### REPORT NUMBER: 15I35096



### INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 6D | Theft From Vehicle | x | 09/24/2015 09:00 AM | 09/24/2015 06:00 PM | 09/25/2015 07:36 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T15001300 | 6 SAINT PAUL Street, BALTIMORE, MD | M096/James Price |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| STREET | | | | | | |

### PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VICT | Bridges | Shaun | | *** | *** | * | | |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | PHONE # |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

### VEHICLE LISTINGS

| | INVL | LIC PLATE TYPE | LIC PLATE NO | LIC ST | LIC YEAR | VEHICLE TYPE | VIN |
|---|---|---|---|---|---|---|---|
| 1 | LARC | | 39L118 | MD | | AUTO | |

| MAKE | MODEL | COLOR | STYLE | YEAR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|---|---|
| TOYOTA | TRUCK | RED | | 2002 | $ | $ |

DESCRIPTION

### PROPERTY LISTINGS

| | INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|---|
| 1 | 7 | Property - POCKETBOOK/WALLET | 1 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 10.00 | $ |

DESCRIPTION

Bag was taken containing my wallet, which also contained credit cards.

| | INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|---|
| 2 | 7 | Property - COMPUTER | 2 | | |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| | | | $ 100.00 | $ |

DESCRIPTION

Electronic device containing personal records.

EXHIBIT D

REPORT NUMBER: 15I35096

| NARRATIVE |
|---|
| At an unknown time and exact location a bag was removed from the rear portion of the vehicle I was operating. I last saw the bag the night earlier from what I recall or possibly during that morning. Not until this morning did I identify the bag was missing from the vehicle. The bag contained misc. items; however, it specifically included a billfold and electronic device that contained personal information and files. The vehicle I was operating has a faulty rear access point which does not secure and may have been the point of access to the vehicle. I have since reported to my bank to block my cards. |