**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CRIMINAL No.: CR-15-319 RS** |
| | : |
| **SHAUN W. BRIDGES** | : |
| | : |

**DEFENDANT'S SUPPLEMENTAL MOTION FOR CONTINUED RELEASE**

The Defendant, Shaun W. Bridges, by and through his counsel, Steven H. Levin, hereby files this Supplemental Motion For Continued Release.  The Defendant supplements his earlier motion with the following information:

On September 25, 2015, the day after Mr. Bridges discovered he was the victim of theft, Mr. Bridges checked his credit with TransUnion, a credit bureau.  Attached please find the results of that credit check.  (Supplemental Exhibit A).

**VI.     CONCLUSION**

For these reasons and those previously provided, undersigned counsel respectfully requests that Defendant's Motion for Continued Release be granted.

Respectfully submitted,


\_\_\_\_\_/s/_____
Steven H. Levin (Fed Bar #28750)
Levin & Curlett LLC
201 N. Charles Street
Suite 2000
Baltimore MD 21201
Phone: (410) 685-4444
*Attorney for Shaun W. Bridges*
*Pro Hac Vice*

/s/
Craig S. Denney
California Bar No. 244692
Snell & Wilmer, 50 West Liberty
Street
Reno, Nevada 89501
Tel: (775)785-5440

*Local Counsel for Mr. Bridges*