Print                                                                                                    Close

## Your Investigation is Complete

From: **TransUnion Consumer Relations** (transunionplus@e-tui.transunion.com)
Sent: Sat 9/26/15 4:17 PM
To:

View in your browser



Dear Shawn,

We have completed our investigation of information contained in your TransUnion credit report. You may now view the results online by logging into your account at: **https://dispute.transunion.com**

You have until October 24, 2015 to view the results online. Please log on before your account expires.

TransUnion is committed to helping consumers make the most of their credit. If you have any additional questions or concerns, please contact TransUnion at the address below. When contacting our office, please provide your current file number 000357355966.

TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000


Thank you.

TransUnion Consumer Relations

*Please do not reply to this email as this is a system generated email.*