FILED
OCT 20 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROPOSED ORDER/COVER SHEET

TO:   The Honorable Maria-Elena James          RE:   BRIDGES, Shaun
      U.S. Magistrate Judge

FROM: Roy Saenz, Chief                         Docket No.:   3:15-CR-00319-RS-1
      U.S. Pretrial Services Officer

Date: 10/16/15

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson                                    415-436-7511

U.S. Pretrial Services Officer                 **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge _____   Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

  A. The defendant shall be on lock-down with location monitoring and he shall only leave with prior approval from Pretrial Services for the following reasons: medical appointments, counseling, attorney visits, and court appearances; and

  B. The defendant shall not be allowed access to any computers.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                     10/20/15
JUDICIAL OFFICER                              DATE

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE