UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

**WARNING: A FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____
USA v. _Shaun Bridges_ DOCKET NO: _____
NAME OF PERSON REPRESENTED: _Shaun Bridges_
☒ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER_____

ARE YOU CURRENTLY EMPLOYED?
☐ YES → EMPLOYER NAME/ADDRESS: _____
☒ NO → MONTH/YEAR OF LAST EMPLOYMENT: _March 2015_
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED
IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☒ YES

**INCOME/ASSETS**

a. MONTHLY INCOME

| SOURCE | YOU | SPOUSE | TOTAL |
|---|---|---|---|
| Salary/wages |  | ≈ 1000 | ≈ $1000 |
| Pension(s) |  |  |  |
| Social Security |  |  |  |
| Alimony |  |  |  |
| Other (specify) |  |  |  |

b. OTHER INCOME - Income Received In The Past 12 Months From Self-Employment, A Business, Commissions, Rentals, Annuities, Or Other Sources

| AMOUNT RECEIVED | SOURCE |
|---|---|
| $ 257 | Unemployment |
| $ |  |
| $ |  |

c. ASSETS: Cash • Real Estate (provide address) • Motor Vehicles • Investment Accounts • Trusts • Any Other Personal Property of Value

| DESCRIPTION | VALUE |
|---|---|
| Checking Account | ≈ 900 |
| IRA | ≈ 130 |
| Equity in home | ≈ 7000 (my share) |

**FINANCIAL OBLIGATIONS/LIABILITIES**

a. DEPENDENTS - List Names, Ages, And Relationships Of All Persons You Actually Support:
_____
_____
_____

b. MONTHLY EXPENSES & DEBTS

| | | Credit or Charge Cards (List) | Account Balance | Min. Monthly Payment |
|---|---|---|---|---|
| Rent / Mortgage Payment | 2751 00 | Amex | 20,000 00 | 350 00 |
| Utilities | 300 00 | Mastercard | 18,000 00 | 200 00 |
| Insurance | 30 00 |  |  |  |
| Transportation Costs | $200 00 |  |  |  |
| Food | 300-400 00 |  |  |  |
| Alimony/Child Support |  |  |  |  |
| Other (specify) | Homeowners / Road Front = 108 00 |  |  |  |

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

_[signature]_ _____ _11/12/15_
Signature of Defendant or Other Person Represented        Date