IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL No.: 3:15-cr-00319-RS |
| | : |
| SHAUN BRIDGES | : |
| | : |

...oOo...

**[PROPOSED] ORDER**

Upon review of Defendant Shaun Bridges' Motion for Noncustodial Transportation (ECF No. 89 ), it is hereby ORDERED that:

1. The Motion for Noncustodial Transportation (ECF No. 89 ) is GRANTED.

2. The U.S. Marshal shall pay for and arrange for Defendant's non-custodial transportation to Court. *See* 18 U.S.C. § 4285. *See also United States v. Mendoza*, 734 F. Supp. 2d 281 (E.D.N.Y. 2010).

DATED November 20, 2015

BY THE COURT:

[signature]

UNITED STATES DISTRICT JUDGE