# EXHIBIT B-1









# Certificate of Appreciation



## Presented To

**Officer Shaun Bridges**
*Laurel Police Department*

With sincere appreciation
for your dedication and outstanding service
to the Laurel community.

October 28, 2004

Craig A. Moe
Mayor



Sheriff of Anne Arundel County, Maryland

Greetings to

## Trooper Shaun W. Bridges

In honor and recognition of the Celebration of your Graduation from the Maryland State Police Academy, and for your outstanding support of the Mission and initiatives of the Anne Arundel County Sheriff's Office, we are pleased to confer upon you this

## Sheriff's Citation

Given this 9th day of December in the Year 2006

Sheriff Ronald S. Bateman





*Sheriff of Anne Arundel County, Maryland*

Greetings to

# Officer Shaun Bridges
## Laurel Police Department
## 2004 American Legion Public Safety Award

In honor and recognition of your outstanding public service, and for your faithful commitment to ensuring the safety of the citizens of your County and the State of Maryland, we are pleased to join with the members of the Laurel American Legion Post 60 in conferring upon you this

# Sheriff's Citation

Given this 28th day of October in the Year 2004

_____
Sheriff George F. Johnson IV



# UNITED STATES SECRET SERVICE

### Excellence in Physical Conditioning Award

*Presented to*

## Shaun W. Bridges

*in recognition for achieving outstanding performance in physical conditioning*

## Special Agent Training Course #293



*ASSISTANT DIRECTOR*
*Office of Human Resources & Training*

*DIRECTOR*
*United States Secret Service*



**Department of Homeland Security**

# UNITED STATES SECRET SERVICE

*this certifies that*

## Shaun W. Bridges

*has successfully completed the United States Secret Service*

## Special Agent Training Course #293

*held at JJRTC, Beltsville, MD from February 1, 2010 to June 4, 2010*

*ASSISTANT DIRECTOR*
*Office of Human Resources & Training*

*DIRECTOR*
*United States Secret Service*



Department of Homeland Security

# UNITED STATES SECRET SERVICE

*this certifies that*

## Shaun W. Bridges

*has successfully completed the United States Secret Service*

## Special Agent Training Course #293

*held at JJRTC, Beltsville, MD from February 1, 2010 to June 4, 2010*

ASSISTANT DIRECTOR
Office of Human Resources & Training

DIRECTOR
United States Secret Service