# EXHIBIT B-2

*Federal Law Enforcement Training Center*
**U. S. Department of Homeland Security**
**1131 Chapel Crossing Road**
**Glynco, Georgia 31524**



January 19, 2010

Shaun W. Bridges
United States Secret Service
Baltimore, MD

Re: CITP-004

Dear Mr. Bridges:

Proficiency with a firearm is an extremely important aspect of law enforcement which can sometimes mean the difference between life and death.  In view of this fact, it is indeed a pleasure to award you the enclosed certificate in recognition of your achieving the Distinguished Expert Marksmanship score in the Semi-Automatic Pistol Course for Criminal Investigator Training Program Class Number CITP-004.

This level of proficiency far exceeds our required standards.  Your score is an obvious indication that you understand and appreciate the importance of the proper use of a firearm to a law enforcement officer.  Congratulations.

Sincerely,

Walter C. Koran
Chief
Firearms Division

Enclosure:
Certificate

# Maryland State Police



## Commander's Award
## Is hereby Issued to
## Trooper Shaun Bridges

In recognition of outstanding public service to the citizens of the great State of Maryland and the Maryland State Police, this Commander's Award is hereby issued by authority of the Commander of the Criminal Investigation Division of the Maryland State Police.

As a fugitive investigator, Trooper Bridges is responsible for preparing case files on wanted fugitives. He is responsible in ensuring the fugitives are brought to justice in a timely fashion. As a result of his actions, Trooper Bridges has successfully closed fifty eight cases (58). He does not hesitate to seek out new cases upon the successful case closures. He is a highly motivated employee and his enthusiasm quickly spreads to other task force members. This enthusiasm and motivation is a direct result of the team's success.

Trooper Shaun Bridges has established himself as a dependable investigator and a vital contributor to the Maryland State Police Criminal Investigation Division and Capital Area Regional Fugitive Task Force.

Dated this first of May,
In the year Two Thousand nine

Brian P. Cedar, Captain
Commander, Criminal Investigation Division
Maryland State Police

Federal Law Enforcement Training Center
U. S. Department of Homeland Security
1131 Chapel Crossing Road
Glynco, Georgia 31524

 Homeland
Security

January 19, 2010

Shaun W. Bridges
United States Secret Service
Baltimore, MD

Re: CITP-004

Dear Mr. Bridges:

Your academic average of 97.63 percent qualifies you as an Academic Award recipient in Criminal Investigator Training Program Class Number CITP-004. This outstanding achievement could only have been attained through strong self-motivation and a willingness to put forth the extra effort and study necessary to go beyond that which is normally required or expected.

A copy of this letter will be forwarded to Mr. Michael P. Sullivan, Assistant to the Special Agent in Charge, Agency Representative, United States Secret Service, for inclusion in your official personnel file. Congratulations.

Sincerely,

Brian Peters
Program Manager

Enclosure:
Certificate

www.fletc.gov



**Homeland Security**

The United States of America

Department of Homeland Security

Federal Law Enforcement Training Center

By virtue of the authority vested therein, the Faculty hereby confers upon

*Shaun W. Bridges*

the honor of this

**Driver Training Award**

Criminal Investigator Training Program CITP-004

For outstanding performance in the Driver and Marine Division. The recipient of this award has attained the highest possible standards on the driver training evaluation.

In testimony whereof, this certificate is awarded under the seal of the U.S. Department of Homeland Security at the Federal Law Enforcement Training Center, this 19th day of January, 2010.

Chief
Driver and Marine Division

FEDERAL LAW ENFORCEMENT TRAINING CENTER
CRIMINAL INVESTIGATOR TRAINING PROGRAM
STUDENT EVALUATION
OFFICIAL TRANSCRIPT

| NAME: BRIDGES, SHAUN W. | CLASS NO. CITP-004 | DATES OF ATTD. 10/22/09-01/19/10 | AGENCY USSS | POST OF DUTY BALTIMORE, MD |
|---|---|---|---|---|

**WRITTEN EXAMINATIONS***

PERCENTAGE GRADE

| | | | | |
|---|---|---|---|---|
| EXAM I | 95.38 | | EXAM IV | 100.00 |
| EXAM II | 100.00 | | EXAM V | 96.43 |
| EXAM III | 96.36 | | | |

SATISFACTORY ✓        UNSATISFACTORY _____

**PRACTICAL EXERCISES***        **SATISFACTORY/UNSATISFACTORY***

| | S/U | | | S/U |
|---|---|---|---|---|
| Vehicle Handling Skills | S | | Suspect Interview | S |
| Skid Control | S | | Tactics for Flying Armed | S |
| Courtroom Testimony | S | | Tactics | S |
| Officer Response Tactics I | S | | Community First Aid | S |
| Officer Response Tactics II | S | | | |
| Search Warrant Service | S | | | |

**SATISFACTORY/UNSATISFACTORY***        **S/U**

| Firearms Comprehensive | | S/U |
|---|---|---|
| | Basic Shotgun | S |
| | Reduced Light for Semi-Auto Pistol | S |
| | Down/Disabled Officer | S |
| | Judgment Pistol Shooting | S |
| | Interactive Cover Drills | S |
| | One Hand Survival Techniques | S |
| | Tactical Threat Engagement | S |
| | Off Range | S |

| | Distinguished Expert | Expert | Sharpshooter | Marksman |
|---|---|---|---|---|
| SEMI-AUTOMATIC PISTOL COURSE | 300 | | | |
| (FLETC) | (300) | (285-299) | (255-284) | (210-254) |

| | Distinguished Expert | Expert | Sharpshooter | Marksman |
|---|---|---|---|---|
| SEMI-AUTOMATIC PISTOL COURSE ***(FWS) | | | | |
| | (300) | (285-299) | (255-284) | (240-254) |

| | Flex Score | Bench Press | 1.5 Mile Run | Agility |
|---|---|---|---|---|
| Physical Efficiency Battery | 80.00 | 67.00 | 83.00 | 95.00 |

SEE REVERSE SIDE FOR PROGRAM OF INSTRUCTION.
*ANY FAILURE IS EXPLAINED IN THE REMARKS SECTION.
**A MAXIMUM SCORE OF 70% IS ALLOWED ON A REMEDIAL EXAMINATION FOR COMPUTING STUDENT AVERAGE.
***FWS AGENCY MINIMUM SCORE FOR THE SEMI-AUTOMATIC PISTOL COURSE IS 240.
REMARKS: STUDENT COMPLETED USE OF AEROSOL IRRITANTS/OC SPRAY CERTIFICATION TRAINING.

The United States of America
Department of Homeland Security
Federal Law Enforcement Training Center

By virtue of the authority vested therein, the Faculty hereby confers upon

**Shaun W. Bridges**

the honor of this

*Academic Award*

For successful attainment of an average score of 97.63% on all written examinations thereby qualifying as the recipient of this award for academic excellence.

In Testimony whereof this honor is awarded under the seal of the U.S. Department of Homeland Security at the Federal Law Enforcement Training Center, this 19th day of January, 2010.

*Brian Peters*

Program Manager
Federal Law Enforcement Training Center

Homeland
Security



*Federal Law Enforcement Training Center*
U. S. Department of Homeland Security
1131 Chapel Crossing Road
Glynco, Georgia 31524

January 19, 2010

Shaun W. Bridges
United States Secret Service
Baltimore, MD

Re: CITP-004

Dear Mr. Bridges:

I congratulate you for achieving the Driving Award; proficiency in the safe operation of a law enforcement motor vehicle is critical in your career as a law enforcement professional.  The potential liability to you and your agency associated with the operation of a motor vehicle, particularly in emergency situations, is great.

The skill and proficiency you demonstrated while participating in driver training courses at the Federal Law Enforcement Training Center is commendable.  The fact that you achieved a perfect score in all your driver training disciplines exemplifies the hard work, dedication, and positive attitude you put forth in training.  Your performance shows that you understand both the responsibility and the liability associated with this professional skill.

It is my pleasure to award you the enclosed Driver Training Award in recognition of your accomplishment.  The level of driving proficiency you attained far exceeds our required standard.

Congratulations on a job well done!

Sincerely,

John Besselman
Chief
Driver and Marine Division

Enclosure:
Certificate

www.fletc.gov

# Law Enforcement Code of Ethics

All law enforcement officers must be fully aware of the ethical responsibilities of their position and must strive constantly to live up to the highest possible standards of professional policing. The International Association of Chiefs of Police believes it is important that police officers have clear advice and counsel available to assist them in performing their duties consistent with these standards, and has adopted the following ethical mandates as guidelines to meet these ends.

### Primary Responsibilities of a Police Officer

A police officer acts as an official representative of government who is required and trusted to work within the law. The officer's powers and duties are conferred by statute. The fundamental duties of a police officer include serving the community; safeguarding lives and property; protecting the innocent; keeping the peace; and ensuring the rights of all to liberty, equality and justice.

### Performance of the Duties of a Police Officer

A police officer shall perform all duties impartially, without favor or affection or ill will and without regard to status, sex, race, religion, political belief or aspiration. All citizens will be treated equally with courtesy, consideration and dignity. Officers will never allow personal feelings, animosities or friendships to influence official conduct. Laws will be enforced appropriately and courteously and, in carrying out their responsibilities, officers will strive to obtain maximum cooperation from the public. They will conduct themselves in appearance and deportment in such a manner as to inspire confidence and respect for the position of public trust they hold.

### Discretion

A police officer will use responsibly the discretion vested in the position and exercise it within the law. The principle of reasonableness will guide the officer's determinations and the officer will consider all surrounding circumstances in determining whether any legal action shall be taken. Consistent and wise use of discretion, based on professional policing competence, will do much to preserve good relationships and retain the confidence of the public. There can be difficulty in choosing between conflicting courses of action. It is important to remember that a timely work of advice rather than arrest- which may be correct in appropriate circumstances-can be a more effective means of achieving a desired end.

### Use of Force

A police officer will never employ unnecessary force or violence and will use only such force in the discharge of duty as is reasonable in all circumstances. Force should be used only with the greatest restraint and only after discussion, negotiation and persuasion have been found to be inappropriate or ineffective. While the use of force is occasionally unavoidable, every police officer will refrain from applying the unnecessary infliction of pain or suffering and will never engage in cruel, degrading or inhuman treatment of any person.

### Confidentiality

Whatever a police officer sees, hears or learns of, which is of a confidential nature, will be kept secret unless the performance of duty or legal provision requires otherwise. Members of the public have a right to security and privacy, and information obtained about them must not be improperly divulged.

### Integrity

A police officer will not engage in acts of corruption or bribery, nor will an officer condone such acts by other police officers. The public demands that the integrity of police officers be above reproach. Police officers must, therefore, avoid any conduct that might compromise integrity and thus undercut the public confidence in a law enforcement agency. Officers will refuse to accept any gifts, presents, subscriptions, favors, gratuities or promises that could be interpreted as seeking to cause the officer to refrain from performing official responsibilities honestly and within the law. Police officers must not receive private or special advantage from their official status. Respect from the public cannot be bought; it can only be earned and cultivated.

### Cooperation with Other Officers and Agencies

Police officers will cooperate with all legally authorized agencies and their representatives in the pursuit of justice. An officer or agency may be one among many organizations that may provide law enforcement services to a jurisdiction. It is imperative that a police officer assist colleagues fully and completely with respect and consideration at all times.

### Personal/Professional Capabilities

Police officers will be responsible for their own standard of professional performance and will take every reasonable opportunity to enhance and improve their level of knowledge and competence. Through study and experience, a police officer can acquire the high level of knowledge and competence that is essential for the efficient and effective performance of duty. The acquisition of knowledge is a never-ending process of personal and professional development that should be pursued constantly.

### Private Life

Police officers will behave in a manner that does not bring discredit to their agencies or themselves. A police officer's character and conduct while off duty must always be exemplary, thus maintaining a position of respect in the community in which he or she lives and serves. The officer's personal behavior must be beyond reproach.