# EXHIBIT B-3





MARYLAND HOUSE OF DELEGATES

**Official Citation**

Be it hereby known to all that sincerest congratulations are offered to

**Officer Shawn Bridges**
*Laurel Police Department*

in recognition of

being selected by his organization as Public Safety Officer of the Year for 2004 Presented by the American Legion Post 60 of Laurel, MD.

Presented on this 28th day of October 2004

by Delegates Pauline H. Menes
Barbara Frush
Brian R. Moe

of Anne Arundel and Prince George's Counties
Legislative District 21