# EXHIBIT B-4



THE SENATE OF MARYLAND

Official Citation

Be it hereby known to all that sincerest congratulations are offered to

Officer Shaun Bridges
Laurel Police Department

in recognition of

his dedication and professionalism in serving and protecting the communities in the greater Laurel area.

Presented on this 28th day of October 2004

by Senator John A. Giannetti, Jr.

of Anne Arundel and Prince George's Counties Legislative District 21



Presented To

## Warrant Team #1

2004 Sheriff's Unit Citation
Anne Arundel County Sheriff's Office

Sgt. Milton McWilliams, Supervisor
DFC Christopher Rhodes
DFC Williams Givens
D/S Shaun Bridges
DFC Wilhelm Burger
DFC Robert Mitchell
D/S Lawrence Davis
D/S Brian Connell

In honor and recognition of your outstanding performance in accomplishing your mission within the Sheriff's Office. Operating with minimum staffing throughout the year, you have continued to maintain a very impressive level of warrant service. In addition to fulfilling your assigned duties, some of you have also volunteered to assist with Civil Process and Court Security in an effort to ensure that the mission of the Sheriff's Office did not falter. You have exceeded all expectations and continued to provide an outstanding level of service to the citizens of Anne Arundel County.

Given this 7th day of April in the Year 2005

Sheriff George F. Johnson IV