# EXHIBIT B-6



