# EXHIBIT C



**THE HONORABLE ROBERT L. EHRLICH, JR.**

*Governor of Maryland, 2003 - 2007*
*U.S. House of Representatives, 1995 - 2003*
*Maryland House of Delegates 1987 - 1995*

October 5, 2015

The Honorable Richard G. Seeborg
US District Court for the Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

RE:  Shaun Bridges

Judge Seeborg:

It is the rare circumstance where I am compelled to write a character letter in a criminal proceeding. This case is one such occasion.

I have known Mr. Bridges for only a brief period of time. Nevertheless, it has been my numerous discussions with his former colleagues that necessitate this correspondence.

The foregoing conversations reveal a successful law enforcement career at the state and federal levels. Indeed, a number of respected mutual friends characterized Mr. Bridges as an excellent officer highly regarded by his friends and colleagues. All viewed the circumstances of the instant case as an anomaly – clearly inconsistent with the highly professional officer they had come to know.

I do not pretend to know the facts of the instant case. I do, however, respectfully ask this Honorable Court to take Mr. Bridges' long, honorable career in public safety into account in determining a just sentence.

Thank you for your time and attention in this matter.

Very truly yours,

Robert L. Ehrlich, Jr.

♦           ♦           ♦
Author of *Turn This Car Around* (2011), *America: Hope for Change* (2013)

Thomas E. "Tim" Hutchins
142 Grand Oak Circle
Venice, Florida 34292
941-497-1418

The Honorable Richard Seeborg
450 Golden Gate Avenue
San Francisco, CA 94102

Re. Sentencing Hearing for Shaun Bridges (MSP Ret)

Dear Judge Seeborg,

I am writing in regards to a sentencing hearing for Retired Maryland State Police Trooper (MSP) Shaun Bridges. I was contacted by Mr. Bridges and asked if I would consider attesting to his character during the time in which he was serving in the MSP, part of which occurred during my tenure there. As a career Maryland State Trooper and former Superintendent addressing the court in such circumstances is a highly unusual step for me to take and one I have not previously done.

Mr Bridges and I are not acquainted personally and since my retirement from the MSP in June 2007 I have not had contact with him, nor have I been aware of his endeavors. However, during my tenure as Superintendent I had occasion to interface with him in a command relationship role. Accordingly, I consented to extend my support for the purposes of your consideration during the sentencing phase of his case. I know little of his current situation only to the degree of what he and a former Secret Service Agent who later supervised Mr. Bridges have related to me. My comments therefore are confined to his conduct in the MSP and his exemplary service in that capacity.

While I was Superintendent Mr. Bridges was a member of the MSP and I had the privilege of recognizing him, based on recommendations from the chain of command for is diligent work and dedicated service to the citizens of Maryland. Mr. Bridges was highly regarded by commanders and colleagues alike. Thus, I hope that you will take his previous service to the public into consideration during your deliberations.

Thank you for entertaining my correspondence and recommendation.

Very respectfully,

*[signature]*

11/27/15

Judge Richard Seeborg
United States District Court, Northern District Court of California,

I worked with Shawn Bridges while assigned to the Baltimore Field Office of the United Secret Service. During those years, I knew Shawn as a hard working dedicated agent making significant seizures and working large scale criminal cases. I also worked with Shawn in the Electronic Crime Special Agent Program (ECSAP). The ECSAP Lab is dedicated to the forensic examination of computer data usually seized during criminal investigations.

I was the senior ECSAP agent, or lab supervisor, during Shawn's assignment in the ECSAP Lab. Shawn quickly became an asset to the lab. Again, during the time we worked together in ECSAP Lab I knew Shawn to be a "Go Getter" and quickly made a good reputation for him-self working high profile cases with large dollar amount seizures. Shawn was working the Silk Road case when I was transferred to the Carter Protection Division.

More importantly, during the time I worked with Shawn in the Electronic Task Force and the ECSAP Lab he never was dishonest or showed signs of corruption. I knew Shawn to be an asset to the Service and an outstanding ECSAP agent. The Shawn Bridges I knew was dedicated to arresting criminals, seizing their ill-gotten gains, and staying the course through prosecution.

Respectfully,
Brett V. Lawman

*Brett V. Lawman*