IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.       : | CRIMINAL NO. 3:15-cr-00319 RS |
| : | |
| SHAUN W. BRIDGES : | |
| : | |

...oOo...

## NOTICE OF APPEAL

Notice is hereby given that Shaun W. Bridges, the defendant in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment, as to his conviction and sentence, entered in this action on the 7th day of December, 2015.

Respectfully submitted,

December 15, 2015
Date

_____/s/____Steven Hale Levin
Steven H. Levin
Levin & Curlett LLC
201 N. Charles Street
Suite 2000
Baltimore MD 21201
(410) 685-0078
slevin@levincurlett.com
*(Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on this 15$^h$ day of December 2015, to all parties via ECF.

                                                        __/s/_____
                                                        Steven H. Levin
                                                        Attorney for the Defendant