UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIDGES,<br><br>　　　　　　Defendant. | Case No. 15-cr-00319-RS-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELEASE OF PASSPORT** |

　　　Defendant Shaun W. Bridges has filed a motion for release of his passport, which he surrendered to the Pretrial Services Office after his arrest. That motion is denied.

**IT IS SO ORDERED**.

Dated: December 22, 2015

_____
RICHARD SEEBORG
United States District Judge