FILED

JAN 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 15-10590 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. 3:15-cr-00319-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| SHAUN W. BRIDGES, AKA Number13, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Steven H. Levin, Esq., to withdraw as appellant's retained counsel is denied without prejudice to renewal within 21 days after the date of this order, accompanied by: (1) a substitution of counsel showing that new counsel has been retained; (2) a motion for appointment of counsel, accompanied by a completed financial affidavit (Form CJA 23), if the defendant is financially unable to obtain representation on appeal; (3) a motion by the defendant to proceed pro se; or (4) an affidavit or signed statement from the defendant showing that the defendant has been advised of defendant's rights with regard to the appeal and expressly stating that the defendant wishes to dismiss the appeal voluntarily. *See* 9th Cir. R. 4-1(c).

Counsel has the duty to continue to represent appellant until relieved by this court. *See* 9th Cir. R. 4-1(a). Failure to submit a timely renewed motion or to prosecute this appeal may subject counsel to the imposition of sanctions.

The court is also in receipt of appellant's pro se letter dated December 29, 2015. Because appellant is represented by counsel, only counsel may submit filings, and this court therefore declines to entertain the submission.

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellant shall pay to the district court the $505.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis.

Failure to pay the fees or file a motion to proceed in forma pauperis may result in the dismissal of the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

In the absence of filing a renewed motion to withdraw, the briefing schedule established previously shall remain in effect.

The Clerk shall serve this order and a Form CJA 23 on counsel Levin.

The Clerk shall also serve this order on appellant individually at 8411 Lillian Lane, Laurel, Maryland 20723.