AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of California

United States of America
v.

Shaun W. Bridges
(A/K/A "Number 13")
*Defendant*

Case No.   15-cr-00319-RS-1

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Shaun W. Bridges (A/K/A "Number 13")**,

who is accused of an offense or violation based on the following document filed with the court:

( ) Indictment    ( ) Superseding Indictment    ( ) Information    ( ) Superseding Information    ( ) Complaint
( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice    (X) Order of the Court

This offense is briefly described as follows:

**Pursuant to Order on the United States' Renewed Emergency Motion for Defendant's Immediate Remand and Arrest**

Date:   January 27, 2016

*Issuing officer's signature*

City and state:   San Francisco, California

M. Jenkins, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*