UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

———————————
www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

May 4, 2017

CASE NUMBER:  15-cr-00319-RS-1

CASE TITLE: USA v. Bridges

USCA NUMBER:  15-10590

DATE MANDATE FILED:  May 3, 2017

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

_____  
by:  Mark Jenkins  
Case Systems Administrator  
415-522-2042