BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00319 RS |
| Plaintiff, | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM; AND [PROPOSED] ORDER** |
| v. | |
| SHAUN W. BRIDGES | |
| Defendant. | |

Defendant Shaun W. Bridges is currently in the custody of the Bureau of Prisons, located in Terre Haute, Indiana. The parties anticipate that defendant will be charged in the U.S. District Court in San Francisco with violations related to money laundering and his appearance is required to face those charges.

The United States Attorney, through Assistant United States Attorney William Frentzen, respectfully petitions this Court to issue the accompanying Writ of Habeas Corpus Ad Prosequendum

//
//
//
//

1  for the person of prisoner Shaun W. Bridges, whose place of custody is set forth in the requested Writ,
2  attached hereto.

3  Dated: May 17, 2017                              Respectfully Submitted,

4                                                   BRIAN J. STRETCH
                                                    United States Attorney
5

6
                                                   _____/s/_____
7                                                   WILLIAM FRENTZEN
                                                    Assistant United States Attorney
8

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

# **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   United States Marshal and any of his authorized deputies, and the Warden of Terre Haute FCI and his authorized deputies:

Pursuant to the foregoing petition and order, the Warden of Terre Haute FCI is directed to release the body of Shaun W. Bridges, in custody in Terre Haute FCI, or any other institution in the Warden's custody, to the U.S. Marshal, who shall produce the same before the Honorable Richard Seeborg, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, on the seventeenth floor on June 27, 2017, or as soon thereafter as practicable, in order that defendant Shaun W. Bridges may appear for proceedings before the Court on the charges filed against defendant.

Dated:                                            CLERK, UNITED STATES DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA


                              By:   _____
                                                   DEPUTY CLERK

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6959
7       Fax: (415) 436-7234
        William.Frentzen@usdoj.gov
8
   Attorneys for the United States
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )  NO. CR 15-00319 RS
                                       )
14          Plaintiff,                 )  **[PROPOSED] ORDER GRANTING WRIT OF**
                                       )  **HABEAS CORPUS AD PROSEQUENDUM**
15      v.                             )
                                       )
16 SHAUN W. BRIDGES,                   )
                                       )
17          Defendant.                 )
                                       )
18

19      Upon petition of the United States of America, and good cause appearing, **IT IS HEREBY**

20 **ORDERED** that the request of the United States for issuance of the Writ of Habeas Corpus Ad

21 Prosequendum requiring the production of defendant Shaun W. Bridges before this Court on the date

22 stated in the Writ attached hereto, or as soon thereafter as may be practicable, is granted, and the Writ is

23 issued as presented.

24 Dated:

25                                             _____
                                                HON. RICHARD SEEBORG
26                                              United States District Judge

27

28