1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6959
7      Fax: (415) 436-7234
       William.Frentzen@usdoj.gov
8
   Attorneys for the United States
9

FILED
MAY 18 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 15-00319 RS |
|---|---|
| Plaintiff, | ) **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM; AND [PROPOSED] ORDER** |
| v. | ) |
| SHAUN W. BRIDGES | ) |
| Defendant. | ) |

Defendant Shaun W. Bridges is currently in the custody of the Bureau of Prisons, located in Terre Haute, Indiana. The parties anticipate that defendant will be charged in the U.S. District Court in San Francisco with violations related to money laundering and his appearance is required to face those charges.

The United States Attorney, through Assistant United States Attorney William Frentzen, respectfully petitions this Court to issue the accompanying Writ of Habeas Corpus Ad Prosequendum

//
//
//
//

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

for the person of prisoner Shaun W. Bridges, whose place of custody is set forth in the requested Writ, attached hereto.

Dated: May 17, 2017                                      Respectfully Submitted,

                                                         BRIAN J. STRETCH
                                                         United States Attorney


                                                         _____/s/_____
                                                         WILLIAM FRENTZEN
                                                         Assistant United States Attorney

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: United States Marshal and any of his authorized deputies, and the Warden of Terre Haute FCI and his authorized deputies:

Pursuant to the foregoing petition and order, the Warden of Terre Haute FCI is directed to release the body of Shaun W. Bridges, in custody in Terre Haute FCI, or any other institution in the Warden's custody, to the U.S. Marshal, who shall produce the same before the Honorable Richard Seeborg, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, on the seventeenth floor on June 27, 2017, or as soon thereafter as practicable, in order that defendant Shaun W. Bridges may appear for proceedings before the Court on the charges filed against defendant.

Dated: MAY 1 8 2017

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUSAN Y. SOONG

By: _____
DEPUTY CLERK     MARK J. JENKINS

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS