UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-0319 RS |
| Plaintiff, | )<br>)<br>) | **[PROPOSED] FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| SHAUN W. BRIDGES, | )<br>)<br>) | |
| Defendant. | ) | |

On September 02, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. $162,437.19 from defendants Fidelity Brokerage Account, held in the name of Quantum Investments;

    b. $306,000 held in trust by defendants attorney of record;

    c. $4,711.52 from defendants PNC Bank Account, jointly held in the name of Shawn Bridges and a person known to the parties; and

    d. a Money Judgment in the amount of $651,000,

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

1  The United States represents that it has complied with the publication notice requirements of the
2  Preliminary Order and that no petitions have been filed.
3  **THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be
4  forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18,
5  United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).  All right,
6  title, and interest in said property is vested in the United States of America.  The appropriate federal
7  agency shall dispose of the forfeited property according to law.

9  Dated:                                                                    _____
10                                                                                    RICHARD SEEBORG
                                                                                       United States District Judge