UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-0319 RS |
| Plaintiff, | ) |
| | ) **[PROPOSED] FINAL ORDER OF** |
| v. | ) **FORFEITURE** |
| | ) |
| SHAUN W. BRIDGES, | ) |
| Defendant. | ) |

On September 02, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. $162,437.19 from defendants Fidelity Brokerage Account, held in the name of Quantum Investments;

b. $306,000 held in trust by defendants attorney of record;

c. $4,711.52 from defendants PNC Bank Account, jointly held in the name of Shawn Bridges and a person known to the parties; and

d. a Money Judgment in the amount of $651,000,

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

1 | The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 7/6/17

_____
RICHARD SEEBORG
United States District Judge