BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (CABN 147374)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6959
     Fax: (415) 436-7234
     William.Frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-00319 RS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING; AND [PROPOSED] ORDER |
| SHAUN W. BRIDGES, | |
| Defendant. | |

1    The parties hereby stipulate and agree to request that the Court continue the hearing in this

2    matter from July 18, 2017 to August 15, 2017, if that date is available to the Court.  The request is based

3    on the following:

4      1.  AUSA Frentzen is expected to be required to travel out of the area related to an ongoing

5          case/investigation.

6      Based on the foregoing, the parties are requesting that the Court continue the date for the hearing to

7    August 15, 2017 or another date convenient to the Court and the parties.

8    Dated:  July 17, 2017                                    Respectfully submitted,

9

10                                                            BRIAN J. STRETCH
                                                              United States Attorney

11
                                                              _____/s/_____

12                                                            William Frentzen
                                                              Assistant United States Attorneys

13

14                                                            Shaun W. Bridges by:

15
                                                              _____/s/_____

16                                                            Laurel Headley
                                                              Counsel for Shaun W. Bridges

17

18

19        IT IS HEREBY ORDERED, that for good cause shown, the argument on this matter shall be

20    continued from July 18, 2017, to August _15___, 2017.

21

22    Date: _7/17/17_____        _____

23                                    HON. RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE

24                                    NORTHERN DISTRICT OF CALIFORNIA

25

26

27

28

STIPULATION TO CONTINUE HEARING; AND [PROPOSED] ORDER
                                      1