1  Laurel Headley (Cal. Bar 152306)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
3  Berkeley, CA 94710
   headley@achlaw.com
4  Telephone:   (510) 845-3000
   Facsimile:   (510) 845-3003
5
6  *Counsel for Defendant Shaun Bridges*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12                                      )
   UNITED STATES OF AMERICA,            )   No.  CR 15-319 RS
13                                      )
                   Plaintiff,           )   NOTICE OF APPEARANCE
14                                      )
15        v.                            )
                                        )
16 SHAUN BRIDGES,                       )
                                        )
17                 Defendant.           )
18 _____)

19        PLEASE TAKE NOTICE that as of today's date the attorney listed below will be
20
   appearing for defendant Shaun Bridges in the above-referenced matter.
21
                         Laurel Headley (CABN 152306)
22                       Arguedas, Cassman & Headley
23                            803 Hearst Avenue
                             Berkeley, CA 94710
24                          Phone: 510.845.3000
                              Fax: 510.845.3003
25                      Email: headley@achlaw.com
26
   DATED:  July 25, 2017              _____/s/_____
27                                    LAUREL HEADLEY
                                      Attorney for Defendant SHAUN BRIDGES
28


                         *NOTICE OF APPEARANCE - 1*