1   Laurel Headley (Cal. Bar 152306)
2   ARGUEDAS, CASSMAN & HEADLEY, LLP
    803 Hearst Avenue
3   Berkeley, CA 94710
    headley@achlaw.com
4   Telephone:   (510) 845-3000
    Facsimile:    (510) 845-3003
5
6   *Counsel for Defendant Shaun Bridges*

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA
10
11                          SAN FRANCISCO DIVISION

12                                          )
    UNITED STATES OF AMERICA,               )   No.  CR 15-319 RS
13                                          )
                      Plaintiff,            )   *EX PARTE* APPLICATION FOR COURT
14                                          )   ORDERED PHONE CALLS AND
                                            )   [PROPOSED] ORDER
15        v.                                )
                                            )
16   SHAUN BRIDGES,                         )
                                            )
17                    Defendant.            )
18   _____)

19        Defendant Shaun Bridges is in the custody of the Bureau of Prisons and is being
20
    housed by the Alameda County Sheriff's Department at the Glenn Dyer Detention
21
22   Facility. Mr. Bridges is in administrative segregation and therefore is only allowed out of

23   his cell for approximately one hour per day at random times of the day or night.  Mr.

24   Bridges is party to a divorce case pending in the Circuit Court for Howard County in

25   Maryland, and a hearing in that case is set for August 11, 2017.  Mr. Bridges is
26
    represented in that case by Amar S. Weisman, Esq. and needs to call his attorney to
27
28   prepare for his case, but the random times during which he has access to a phone may

*EX PARTE APPLICATION FOR COURT ORDERED PHONE CALLS AND [PROPOSED] ORDER - 1*

1    not coincide with east coast business hours.  Undersigned counsel has been told by

2    Glenn Dyer jail that a Court order is the most effective way to ensure Mr. Bridges

3    access to a phone during a particular time of the day.

4         Mr. Bridges therefore requests the Court order the staff at the Alameda County

5    Sheriff's Department, Glenn Dyer Detention Facility to permit Mr. Bridges access to a

6    telephone for the purpose of making legal phone calls between the hours of 6:00 a.m.

7    and 3:00 p.m. (Pacific Time) at least two times per week, provided the calls do not

8    unreasonably interfere with the operation of the jail.

9    DATED:  July 26, 2017              Respectfully submitted,

10   _____/s/_____
     LAUREL HEADLEY
11   Attorney for Defendant SHAUN BRIDGES

12                                     **ORDER**

13        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Alameda

14   County Sheriff's Department, Glenn Dyer Detention Facility shall permit defendant

15   Shaun Bridges (PFN No. UMA724) access to a telephone for the purpose of making

16   legal phone calls between the hours of 6:00 a.m. and 3:00 p.m. (Pacific Time) at least

17   two times per week, provided such calls do not unreasonably interfere with the

18   operation of the jail.

19   DATED:  July ____, 2017        _____
                                    THE HONORABLE RICHARD SEEBORG
20                                  UNITED STATES DISTRICT COURT JUDGE

*EX PARTE APPLICATION FOR COURT ORDERED PHONE CALLS AND [PROPOSED] ORDER - 2*