9/18/17

Clerk United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94123

Shaun Bridges #UMA724
Glen E Dyer Detention Center
550 6th Street
Oakland, CA 94607



FILED
SEP 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Ex Parte Motion in Case # CR 15-319 RS

Clerk,

    I am Pro Se in the above captioned case. Please provide Judge Seeborg the included Ex Parte motion as timely as possible. Please do not confuse my Pro Se status in the captioned case with my CJA appointed counsel in related case CR 17-448 RS. I am indeed Pro Se in the captioned case (CR-15-319 RS), while Laurel Headley, Esq. is appointed in case CR-17-448 RS.

Respectfully submitted,

Shaun Bridges