Shawn Bridges PFN #MA724
Glen E Dyer
550 6th Street
Oakland, CA 94607

**ALAMEDA COUNTY JAIL MAIL**

Legal Mail
Confidential

Clerk, U.S. District Court
Northern District of California
450 Golden Gate. Ave.
San Francisco, CA 94123
94102-348999

e) 3197

LEGAL MAIL


