UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIDGES,<br><br>    Defendant. | Case No.15-cr-00319-RS-1<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 9/21/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shaun Bridges
PFN: UMA724
Glen Dyer Detention Center
550 6th Street
Oakland, CA  94607

Dated: 9/21/2017

                Susan Y. Soong
                Clerk, United States District Court

                By: /s/ Corinne Lew
                Corinne Lew, Deputy Clerk to the
                Honorable RICHARD SEEBORG