David Bridges 20936-111
S. Dot Center
10 E Mesquite Ave
Pump, NV 89060

Legal Mail
Confidential

Clerk of the Court
450 Golden Gate Ave
San Francisco, CA 94102

Correspondence originated from a detention facility. The facility is not responsible for the contents herein

Mailed From 89060
12/11/2017
032A 006183867 1

US POSTAGE
$00.67⁹
First-Class

INDIGENT

4/11/21

c/o Brown