

Case 3:15-cr-00319-RS Document 161 Filed 01/02/18 Page

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

FILED
JAN 02 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RETURN TO SENDER

NIXIE                891    FE 1         0012/30/17
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 941023489999        *0240-04461-19-45

neopost
12/19/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 94102
041M11251267

Shaun Bridges
Federal Registration #20436-111
Nevada Southern Detention Center
2190 East Mesquite Ave.
Pahrump, Nevada 89060

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BRIDGES,<br>　　　　Defendant. | Case No. 15-cr-00319-RS-1<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL** |

Shaun Bridges has a pending 28 U.S.C. § 2255 petition to vacate his sentence. He now seeks appointment of counsel. There is no right to counsel in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). A district court is authorized under 18 U.S.C. § 3006A(a)(2)(B) to appoint counsel to represent a habeas petitioner whenever it "determines that the interests of justice so require" and that the petitioner is financially unable to obtain representation. The decision to appoint counsel is within the discretion of the district court, *see Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), and should be granted only when exceptional circumstances are present, *see generally* 1 J. Liebman & R. Hertz, *Federal Habeas Corpus Practice and Procedure* § 12.3b at 383-86 (2d ed. 1994). Because petitioner has not shown exceptional circumstances warranting the appointment of counsel, the motion is denied.

**IT IS SO ORDERED.**

Dated: December 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge