# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIDGES,<br><br>          Defendant. | Case No. 15-cr-00319-RS-1<br><br>**ORDER FOR RESPONSE FROM GOVERNMENT TO DEFENDANT'S MOTION** |

On June 14, 2018, defendant filed a motion entitled "Motion Pursuant To 28 U.S.C. § 2255, To Vacate His Sentence, Judgment Of Conviction And Waiver Of Indictment." The Government is ordered to respond by July 12, 2018.

**IT IS SO ORDERED.**

Dated: June 21, 2018

_____
RICHARD SEEBORG
United States District Judge