UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

United States of America,

        Plaintiff,

v.

Shaun Bridges,

        Defendant.

Case Number 3:15-cr-00319-RS

Proposed Order

---

On July 12, 2018, the Government timely filed its opposition to Defendant's "Motion Pursuant to 28 U.S.C. §2255, to Vacate His Sentence, Judgment of Conviction, and His Waiver of Indictment." The Defendant is ordered to reply by August 24, 2018.

**IT IS SO ORDERED.**

Dated: July ___, 2018

 

RICHARD SEEBORG
United States District Judge