THE LAW OFFICES OF
**SCOTT L. FENSTERMAKER, P.C.**
100 PARK AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 302-0201
CELL (917) 817-9001
FACSIMILE (212) 302-0327
EMAIL scott@fenstermakerlaw.com
www.fenstermakerlaw.com

October 21, 2018

**VIA ECF AND FIRST CLASS MAIL**

Honorable Richard G. Seeborg
United States District Judge
United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

    Re:   *United States v. Shaun Bridges*, 15-CR-00319 (RS)
            18 U.S.C. §2255 United States Court System Rule 11

Dear Judge Seeborg:

    I represent Shaun Bridges, 15-CR-00319 (RS), and respectfully write pursuant to Rule 11 of the United States Court System's Rules governing 2254 and 2255 motions. Specifically, I respectfully request that the Court either grant Mr. Bridges a Certificate of Appealability on all issues or permit me to submit brief argument, as provided for in Rule 11(a), as to why a Certificate of Appealability should issue as to all issues.

    Please have your staff let me know if the Court has any questions.

                                               Respectfully submitted,

                                               **The Law Offices of Scott L. Fenstermaker, P.C.**

                       By:  *[signature]*
                            Scott L. Fenstermaker, Esq.
                            Admitted *pro hac vice*

cc:    AUSA William Frentzen (via e-mail only)
        Richard B. Evans, Esq. (via e-mail only)
        Mr. Shaun Bridges (via first class mail)