UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-cr-00319-RS-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |
| SHAUN BRIDGES, | |
| Defendant. | |

Petitioner Shaun Bridges requests a certificate of appealability on all issues surrounding his plea raised in his 28 U.S.C. § 2255 motion. *See* Letter (Dkt. No. 176). Under the Anti-Terrorism and Effective Death Penalty Act of 1996, an unsuccessful section 2255 petitioner must obtain a certificate of appealability to appeal the denial of the petition. 28 U.S.C. § 2253(c)(1)(B). To obtain the certificate, a petitioner "must make a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Although this standard is "relatively low," the petitioner must "demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues differently; or that the questions are adequate to deserve encouragement to proceed further." *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). As discussed in more detail in the October 16, 2018 order, Bridges has offered no colorable theory under which he might be entitled to section 2255 relief. As a result, a certificate of appealability may not be issued in this matter. 28 U.S.C. § 2253(c)(2). The Clerk is directed to forward the record in this case, including a copy of this order, to the court of appeals.

**IT IS SO ORDERED**.

Dated: October 23, 2018

_____
RICHARD SEEBORG
United States District Judge