|  |  |  |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 27 2019 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

SHAUN W. BRIDGES, AKA Number13,

        Defendant-Appellant.

No. 18-17191

D.C. Nos.   3:18-cv-03536-RS
                3:15-cr-00319-RS-1
Northern District of California,
San Francisco

ORDER

Before:    SILVERMAN and WATFORD, Circuit Judges.

Appellant's motion for leave to file an oversized request for a certificate of appealability (Docket Entry No. 2) is granted. The request for a certificate of appealability (Docket Entry Nos. 3, 4, and 6) is denied because appellant has not shown that "jurists of reason would find it debatable whether the [section 2255 motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

The Clerk shall serve this order on appellant's counsel at the address of record and appellant individually at the following address: Shaun W. Bridges, #20436-111, FCI Petersburg Medium, P.O. Box 1000, Petersburg, VA 23804.

Any pending motions are denied as moot.

**DENIED.**