| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 22 2019<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>SHAUN W. BRIDGES, AKA Number13,<br><br>　　　　　Defendant-Appellant. | No.　18-17191<br><br>D.C. Nos.　3:18-cv-03536-RS<br>　　　　　　3:15-cr-00319-RS-1<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: 　SCHROEDER and PAEZ, Circuit Judges.

The record reflects that appellant is and has been proceeding pro se on appeal. The Clerk will update the docket. Appellant's current address is Shaun W. Bridges, #20436-111, FCI Petersburg Medium, P.O. Box 1000, Petersburg, VA 23804.

Appellant's motion for an extension of time (Docket Entry No. 10) to file a motion for reconsideration is granted. Any motion for reconsideration is due within 30 days after the date of this order.