| ✎ PROB 22<br>(Rev. 2/88)<br><br>## TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br><br>CR 15-00319-01 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE<br><br>Shaun W Bridges<br><br>Tennessee | DISTRICT<br>ND/CA | DIVISION<br>San Francisco |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>Honorable Richard Seeborg | | |
|---|---|---|---|
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>10/19/2021 | TO<br>10/18/2024 |

OFFENSE
18 U.S.C. § 1957 Money Laundering
18 U.S.C. § 1512 Obstruction of Justice

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Western District of Tennesse _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 31, 2022
Date

*(signature)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western District of Tennesse

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/13/2022
Effective Date

Judge Thomas L. Parker
US District Judge

Prepared by: sp