1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF
AMERICA,

        Plaintiff,

   v.

BTC-E,  ET AL.,

        Defendant.

No.  16-CR-227-RS

UNITED STATES OF
AMERICA,

        Plaintiff,

   v.

BRIDGES, ET AL.,

        Defendant.

No.  15-CR-319-RS

**ORDER WITHDRAWING RELATION**

The order relating case 16-CR-227 to case 15-CR-319, Dkt. No. 4 in case 16-CR-227, is
withdrawn. 16-CR-227 shall be reassigned to Judge Illston.

**IT IS SO ORDERED.**

Dated:  8/17/2022

RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE