ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: 415-436-7320
    Fax: 415-436-7234
    joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-cr-00319-RS-1 |
|---|---|
| Plaintiff, | ) NOTICE OF REMOVAL OF COUNSEL |
| v. | ) |
| SHAUN W. BRIDGES, | ) |
| Defendant. | ) |

The United States Attorney's Office hereby files this Notice of Removal of Counsel to advise the Court that Assistant United States Attorney Joseph Tartakovsky is no longer assigned to this matter.

Please remove Assistant United States Attorney Joseph Tartakovsky from the attorneys to be noticed in this case.

Dated: June 27, 2024

                                        Respectfully submitted,

                                        ISMAIL J. RAMSEY
                                        United States Attorney

                                         */s/ Joseph Tartakovsky*
                                        JOSEPH TARTAKOVSKY